

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2023

No. 04-23-00874-CV

Willie **BURLESON**,
Appellant

v.

Lula **SCHULER**, Portia Vidrine, William C. Burleson, Shirley Miller,
Appellees

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-1102-CV-A
Honorable William D. Old III, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.  Costs of the appeal are assessed against appellant.  *See* TEX. R. APP. P. 43.4.

It is so **ORDERED** on December 20, 2023.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2023.

_____
Michael A. Cruz, Clerk of Court